UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE and ROBERT ROE,<br>     Plaintiffs<br><br>v.<br><br>THE PIKE SCHOOL, INC., et al.,<br>     Defendants | Case No. 1:13-cv-11730-GAO |

**STIPULATION FOR EXTENSION OF TIME FOR THE PLAINTIFFS TO FILE AN OPPOSITION TO THE MOTION OF THE GROTON SCHOOL TO DISMISS**

It is hereby stipulated and agreed to by counsel for the plaintiffs and counsel for the Groton School ("Groton") and Andy Anderson, William M. Polk, Mary S. Drinker, David H. Black, Frederick B. Beams, Michael G. Tronic, Charles C. Alexander, Judith R. Klau, Richard J. Congleton and Jonathan Choate (collectively "Certain Individuals") that: the time for Plaintiffs to file a response or opposition to the Motion of The Groton School to Dismiss Counts Eleven and Twelve of the Amended Complaint has been extended up to and including Thursday, August 15, 2013.

653675.1

| | |
|---|---|
| The Plaintiffs,<br>John Doe and Robert Roe | The Defendants,<br>The Groton School, Andy Anderson, William M. Polk, Mary S. Drinker, David H. Black, Frederick B. Beams, Michael G. Tronic, Charles C. Alexander, Richard J. Congleton, Judith R. Klau and Jonathan Choate |
| By their attorneys, | By their attorneys, |
| /s/Carmen L. Durso<br>Carmen L. Durso (BBO# 139340)<br>Law Offices of Carmen L. Durso<br>175 Federal Street, Ste. 1425<br>Boston, MA 02110-2241<br>Tel:  (617) 728-9123<br>Fax:  (617) 426-7972<br>Email:  dursolaw@tiac.net | /s/Pamela E. Berman<br>John F.X. Lawler (BBO# 546910)<br>Pamela E. Berman (BBO# 551806)<br>Adler Pollock & Sheehan, P.C.<br>175 Federal Street, 10th Floor<br>Boston, MA 02110<br>Tel:  (617) 482-0600<br>Fax:  (617) 482-0604<br>Email:  jlawler@apslaw.com<br>Email:  pberman@apslaw.com |

**CERTIFICATE OF SERVICE**

I, Pamela E. Berman, hereby certify that this document filed through the CM/ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via First-Class U.S. Mail to those indicated as non-registered participants, on August 7, 2013.

Dated: August 7, 2013        /s/ Pamela E. Berman
                                              Pamela E. Berman

653675.1