UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| John Doe and <br> Robert Roe, <br> Plaintiffs <br> v. <br> The Pike School, Inc., et al, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 13-CV-11730-GAO |

### NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the defendant, Judith Elefante f/k/a Judith Chapell, in the above-captioned matter.

                      Respectfully submitted
                      Judith Elefante,
                      By her attorney,

                      /s/ Rebecca G. Pontikes
                      Rebecca G. Pontikes, BBO#637157
                      PONTIKES LAW, LLC
                      77 Franklin Street, 3rd Floor
                      Boston, MA 02110
                      (617) 357-1888
                      rpontikes@pontikeslawllc.com

Dated: August 13, 2013

### CERTIFICATE OF SERVICE

I, Rebecca G. Pontikes, hereby certify that this document filed through the CM-ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 13, 2013.

                      /s/ Rebecca G. Pontikes